# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

––––––––––––––

m 99-20451

––––––––––––––

OMNEX ACCEPTANCE CORPORATION, ET AL.,

Plaintiffs,

VERSUS

CAPITOL RESOURCE FUNDING, INC.,

Defendant-Appellant,

VERSUS

CHRYSLER CORPORATION AND CITIZENS BANK OF TEXAS,

Garnishees-Appellees.

––––––––––––––––––––––

Appeal from the United States District Court
for the Southern District of Texas
(H-94-CV-4374)

––––––––––––––––––––––

April 4, 2000

Before REAVLEY, SMITH, and
    EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

We have reviewed the briefs, the applicable law, and pertinent portions of the record and have heard the arguments of counsel. We find no reversible error in the findings and conclusions of the magistrate judge regarding the source of the subject funds or regarding any other pertinent matter.

It is time to put this longstanding matter to rest. The judgment is in all respects AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.